In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-133 CR


 ______________________



DESONNIER KINTE FORWARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 1A District Court


Newton County, Texas


Trial Cause No. ND 5963







MEMORANDUM OPINION

 On February 28, 2008, Desonnier Kinte Forward filed a notice of appeal from a
sentence imposed on January 18, 2008. The notice of appeal was filed with the trial court
more than thirty days from the date of sentencing. We notified the parties that the notice of
appeal did not appear to have been timely filed, but did not receive a response. 

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that the appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered May 21, 2008

Do Not Publish

 

Before Gaultney, Kreger, and Horton, JJ.